FILED
March 04, 2010
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0002459649

Beth Maxwell Stratton
Chapter 7 Trustee
P.O. Box 3930
Pinedale, CA 93650
Telephone: (559) 441-4233
Facsimile: (559) 441-4234

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| In the Matter of<br><br>MICHAEL J. EDWARDS and<br>MARGARET B. EDWARDS,<br><br>Debtors. | Case No. 09-61328-B-7<br><br>Chapter 7<br><br>DC. No. BMS - 2<br><br>**MOTION TO SELL PROPERTY OUT OF THE ORDINARY COURSE OF BUSINESS AT PUBLIC AUCTION**<br><br>Date: April 28, 2010<br>Time: 10:00 a.m.<br>Dept: B, Hon. W. Richard Lee |

TO THE HONORABLE WHITNEY RIMEL, UNITED STATES BANKRUPTCY JUDGE:

Beth Maxwell Stratton, Chapter 7 Trustee, respectfully represents:

1. She is the duly appointed, qualified and acting trustee of the above-entitled estate.

2. The above-captioned case was filed under Chapter 7 on November 19, 2009.

3. This Court has jurisdiction over this proceeding by virtue of 28 U.S.C. §1334(a). This is a "core" proceeding pursuant to 28 U.S.C. §157(b)(2)(A), (N). This motion is brought pursuant to 11 U.S.C. §363.

4. The assets of the estate include a 20-foot auto trailer ("trailer").

5. The Trustee wishes to sell the subject trailer so that the proceeds can be used to

1

benefit the estate. Trustee has elected to sell the trailer by means of public auction to be held on or after May 4, 2010, at Baird Auctions and Appraisals located at 1328 North Sierra Vista, Suite B, Fresno, California.

6. Trustee has previously filed an application for authority to employ Baird Auctions and Appraisals ("Auctioneer"), and the employment was approved by the Court on February 19, 2010.

7. Auctioneer routinely holds regularly scheduled, and advertised, auctions on Tuesday nights. Auctioneer's compensation shall be 15% of the sale price of the property, plus a 10% buyer's premium which is not taken from the sales proceeds. Auctioneer shall also charge storage fees of $2.00 per day for the vehicle.

8. Trustee believes that such auction is in the best interest of the creditors.

WHEREFORE, Trustee prays that she be authorized to sell the trailer at public auction, and to pay the auctioneer 15% of the sales price plus reasonable and necessary storage fees.

Dated: March ____, 2010.

_____
Beth Maxwell Stratton, Chapter 7 Trustee

2